# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INMATES OF CCA/SOUTHERN DETENTION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CCA/OF SOUTHERN NEVADA DETENTION CENTER, et al., <br><br> Defendants. | Case No. 2:12-CV-00133-KJD-(VCF) <br><br> **ORDER** |

Plaintiffs, who are prisoners in custody at the Nevada Southern Detention Center, see 28 U.S.C. § 1915(h), have submitted a civil rights complaint pursuant to 42 U.S.C. § 1983.  The court dismisses this action because plaintiffs did not pay the filing fee, nor did they submit applications to proceed in forma pauperis with financial certificates and a copies of their inmate account statements, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiffs blank forms for applications to proceed in forma pauperis for incarcerated litigants and blank civil rights complaint forms with instructions.

///
///
///
///
///

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiffs' commencement of a <u>new</u> action in which they either pay the filing fee in full or submit complete applications to proceed <u>in forma pauperis</u>, accompanied by signed financial certificates and statements of their inmate accounts. The clerk of the court shall enter judgment accordingly.

DATED: January 30, 2012

_____
KENT J. DAWSON
United States District Judge