# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INMATES OF CCA/SOUTHERN DETENTION CENTER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CCA/OF SOUTHERN NEVADA DETENTION CENTER, et al.,<br><br>    Defendants. | Case No. 2:12-CV-00133-KJD-(VCF)<br><br>**ORDER** |

Plaintiffs have submitted a motion to reopen case (#7). They argue that the court should reopen the case because defendants have delayed the mailing of the notice of appeal to make it untimely. According to the docket, the notice of appeal (#4) was timely filed.

Plaintiffs also have submitted a motion for appointment of counsel (#5). Plaintiffs should file this motion in the court of appeals.

IT IS THEREFORE ORDERED that the motion for appointment of counsel (#5) is **DENIED**.

IT IS FURTHER ORDERED that the motion to reopen case (#7) is **DENIED**.

DATED: March 7, 2012

_____
KENT J. DAWSON
United States District Judge